# THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

*FILED IN DISTRICT COURT OKLAHOMA COUNTY*
*MAY - 5 2017*
*RICK WARREN COURT CLERK*
40_____

| | |
|---|---|
| 1. TYLER SCHELLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CJ-17-2635 |
| 1. THE WILLIAMS COMPANIES, INC., and | ) ATTORNEY LIEN CLAIMED |
| 2. WILLIAMS WPC-I, LLC | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

CJ-2017-2635

## ENTRY OF APPEARANCE

**COMES NOW** Mark Hammons of Hammons, Gowens, Hurst & Associates, and hereby enters his appearance as an attorney for the Plaintiff in the above captioned action. I certify that I am admitted to practice in this Court.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF MAY, 2017.**

/s/ Mark Hammons

HAMMONS, GOWENS & HURST
Mark Hammons, OBA No. 3784
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: mark@hammonslaw.com

**EXHIBIT 3**